**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**REGINALD J. WILLIAMS,**
    **Plaintiff,**

vs.                                                  **CASE NO.:  3:07cv368/MCR/MD**

**JAMES MCDONOUGH, et al.,**
    **Defendants.**
_____/

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 7, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is **DISMISSED WITHOUT PREJUDICE** as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process, and the clerk is directed to close the file.

    **DONE AND ORDERED this 5th day of November, 2007.**

                                                       s/ *M. Casey Rodgers*
                                                      **M. CASEY RODGERS
                                                      UNITED STATES DISTRICT JUDGE**